IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MOUSTAPHA BAYO, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> JUSTICE and DEPARTMENT OF ) <br> HOMELAND SECURITY, ) <br> ) <br> Respondents. ) <br> ) | CIVIL ACTION NO. 5:12-CV-408 (MTT) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Stephen Hyles on the Petitioner's application for writ of habeas corpus, construed as seeking relief pursuant to 28 U.S.C. § 2241. (Doc. 10). The Magistrate Judge recommends dismissing the petition because the Petitioner is claiming his constitutional rights have been violated based on a detainer filed by the Department of Homeland Security ("DHS"), but the Petitioner is not in the custody of DHS.[1] The Petitioner has not objected to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. The Petitioner's application for writ of habeas corpus (Doc. 1) is **DISMISSED without prejudice**.

---

[1] He is incarcerated at Macon State Prison but is not challenging his state court conviction.

**SO ORDERED,** this 1st day of December, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT